No. 97–9579. DALLAS v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 97–9580. HILL v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 97–9581. GUILMAIN v. WASHINGTON FAMILY COURT. Sup. Ct. Vt. Certiorari denied.

No. 97–9582. BELO v. CITY OF HIGH POINT ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–9583. ARNOUS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–9584. MATTHEWS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 97–9585. KNOTTNERUS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–9586. LEE v. CUSHMAN, INC. C. A. 4th Cir. Certiorari denied.

No. 97–9587. METZ v. OHIO. Ct. App. Ohio, Washington County. Certiorari denied.

No. 97–9588. STEWART v. ANGLIKER ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–9590. LESLIE v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 97–9591. KEENAN v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 97–9592. WILLIAMS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–9593. TURNER v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–9594. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.